In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-461 CR


____________________



JOSHUA BLYTHE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 284th District Court


Montgomery County, Texas


Trial Cause No. 03-09-06429 CR






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Joshua Blythe, to withdraw
his notice of appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by appellant
personally. No opinion has issued in this appeal. The motion is granted and the appeal
is therefore dismissed.

 APPEAL DISMISSED.

 ___________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered December 7, 2005

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.